UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO ALVARADO PADILLA,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>ROBERT L. AYERS, JR., Warden of<br>San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 1:01-CV-06305-LJO<br><br>Order Dismissing Habeas<br>Petition with Prejudice |

　　　　Petitioner Alfredo Alvarado Padilla ("Padilla"), a state prisoner facing capital punishment, first appeared in federal court October 4, 2001, requesting a stay of execution and appointment of counsel pursuant to 28 U.S.C. § 2254.  Padilla filed his federal petition for writ of habeas corpus October 11, 2002.  Concurrently, Padilla filed a second state habeas petition in the California Supreme Court.  A motion to stay Padilla's federal proceedings and hold his federal petition in abeyance was granted January 22, 2003.  The California Supreme Court issued an order to show cause on Padilla's state habeas petition June 30, 2004.  A reference hearing was held, the referee's report was filed with the California Supreme Court April 24, 2007, and a resolution of the show cause order was pending, along with

1  four additional state habeas petitions.

2  Padilla died of natural causes on July 25, 2008.  Because Padilla's
3  death renders this case moot, this action is dismissed with prejudice.  *See*
4  *Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003).

5

6  IT IS SO ORDERED.

7

8  DATED:    November 13, 2008
9  /s/ Lawrence J. O'Neill
10  United States District Judge